**Order entered January 10, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01049-CR
No. 05-16-01050-CR
No. 05-16-01051-CR

**CARMINA CHARMAIN STRANGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-30272-H, F14-30277-H & F14-30278-H**

## ORDER

We **REINSTATE** these appeals.

On December 8, 2016, we abated these appeals for a hearing on why the reporter's record had not been filed. On January 9, 2017, we received the three volumes of the reporter's record. In the interest of expediting this appeal, we **VACATE** that portion of our order requiring a hearing and findings.

We **ORDER** the reporter's record filed as of the date of this order. Appellant's brief is due thirty days from the date of this order.

/s/     ADA BROWN
                JUSTICE